UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRON ROBINSON,

    Petitioner,

v.

    Case No. 1:20-cv-878

    Hon. Hala Y. Jarbou

MIKE BROWN,

    Respondent.
_____/

## ORDER

This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2254.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (R&R) on October 25, 2021, recommending that this Court equitably toll the period of limitation for July 31, 2020, to September 4, 2020, and deny the habeas petition as meritless (ECF No. 13).  The R&R was duly served on the parties.  No objections have been filed, *see* 28 U.S.C. § 636(b)(1), and the deadline for doing so expired on November 8, 2021.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 13) is **APPROVED** and **ADOPTED** as the Opinion of the Court and the petition for habeas corpus relief (ECF No. 1) is **DENIED** for the reasons stated in the R&R.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED** as to each issue asserted.  Petitioner has not demonstrated that reasonable jurists would find the Court's rulings debatable or wrong.  *Slack v. McDaniel*, 529 U.S. 473 (2000);

*Murphy v. Ohio*, 263 F.3d 466, 466-67 (6th Cir. 2001).  The Court declines to certify that any issue Petitioner might raise on appeal would be frivolous.  *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Dated:   November 24, 2021                         /s/ Hala Y. Jarbou
                                                              HALA Y. JARBOU
                                                              UNITED STATES DISTRICT JUDGE